AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOSEPH S. LEONE,  )<br>        Plaintiff,  )<br>  )<br>v.  )<br>  )<br>TYCO ELECTRONICS CORPORATION,  )<br>        Defendant.  ) | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 5:08-CV-290-F |

**Decision by Court.**

    IT IS ORDERED AND ADJUDGED that Tyco's Motion for Summary Judgment is ALLOWED and the parties' joint motion to continue the trial of this matter is DENIED as moot. The Clerk of Court is DIRECTED to remove this case from the court's August 3, 2009 trial calendar and from the Magistrate Judge's pre-trial calendar.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 26, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Andrew O. Whiteman                           Gregory P. McGuire
2626 Glenwood Avenue, Suite 500              2301 Sugarbush Rd., Suite 600
Raleigh, NC 27608                            Raleigh, NC 27612


June 26, 2009                                DENNIS P. IAVARONE
Date                                         Clerk of Court

                                                                    /s/ Susan K. Edwards

*Wilmington, North Carolina*                 *(By) Deputy Clerk*